**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TIMOTHY DUPUIS, #K9498**                                        **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO. 4:08cv63-LRA**

**DALE CASKEY, SANDRA ATWOOD,
KENTRELL LIDDELL AND CHRISTOPHER EPPS**          **DEFENDANTS**

---

### **FINAL JUDGMENT**

Upon due consideration of the Complaint and the sworn testimony given by Plaintiff at the omnibus hearing in this cause, and the Motion and Amended Motion for Summary Judgment filed by Defendants Caskey and Atwood, and for the reasons set forth in that Memorandum Opinion and Order entered by the undersigned on this date;

IT IS, HEREBY, ORDERED AND ADJUDGED that the Complaint is dismissed with prejudice, and, Final Judgment in favor of all Defendants is hereby entered.

SO ORDERED , this the 28th day of September, 2009.


                                       /s/ Linda R. Anderson
                             UNITED STATES MAGISTRATE JUDGE